# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

IN RE:

MICHELLE BASOLO,

2:14-cr-00228-JAD-CWH

ORDER APPOINTING COUNSEL

The individual named above, having testified under oath or having otherwise satisfied this court that she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the court finds that Michelle Basolo is indigent, therefore;

IT IS HEREBY ORDERED that **JOHN GEORGE** is appointed to represent MICHELLE BASOLO .

DATED this 27th of January, 2015.

UNITED STATES MAGISTRATE JUDGE