RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
State Bar No. 12223
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Charles Edward Cooper Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-228-JAD-CWH |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION (CR 45)** |
| vs. | (First Request) |
| CHARLES EDWARD COOPER JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for defendant CHARLES EDWARD COOPER JR., that the Objections to the Magistrate Judge's Report & Recommendation, be vacated and set to a time and date convenient to this Court. However, in no event earlier than two weeks.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant received the transcript for the evidentiary hearing on March 6, 2015. The additional time is needed for counsel to review the transcript and discuss the issues with her client.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

1        4.    The additional time requested herein is not sought for purposes of delay, but merely

2    to allow the undersigned counsel for the defendant time to fully brief the objections.

3        5.    Additionally, denial of this request for continuance could result in a miscarriage of

4    justice. The additional time requested by this Stipulation is excusable in computing the time within

5    which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

6    Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section

7    3161(h)(7)(B)(i), (iv).

8        This is the first request to continue filed herein.

9        DATED this 12th day of March, 2015.

10

11   RENE L. VALLADARES              DANIEL G. BOGDEN
     Federal Public Defender             United States of America

12   */s/ Heidi A. Ojeda*                   */s/ Phillip N. Smith Jr.*
     By: _____     By: _____

13   HEIDI A. OJEDA                  PHILLIP N. SMITH JR.
     Assistant Federal Public Defender      Assistant United States Attorney

14   Counsel for Defendant             Counsel for the Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,                    2:14-cr-228-JAD-CWH

4                    Plaintiff,                   FINDINGS OF FACT, CONCLUSIONS OF
     vs.                                          LAW, AND ORDER
5

6    CHARLES EDWARD COOPER JR.,

7                    Defendant.

8                              **FINDINGS OF FACT**

9          Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court

10   finds that:

11         1.      Counsel for the defendant received the transcript for the evidentiary hearing on March

12   6, 2015. The additional time is needed for counsel to review the transcript and discuss the issues with

13   her client.

14         2.      The defendant is incarcerated and does not object to the continuance.

15         3.      The parties agree to the continuance.

16         4.      The additional time requested herein is not sought for purposes of delay, but merely

17   to allow the undersigned counsel for the defendant time to fully brief the objections.

18         5.      Additionally, denial of this request for continuance could result in a miscarriage of

19   justice. The additional time requested by this Stipulation is excusable in computing the time within

20   which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

21   Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section

22   3161(h)(7)(B)(i), (iv).

23

24

25

26

27

28

3

1

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the objections to the Magistrate Judge's Report & Recommendation currently scheduled for March 14, 2015, be vacated and continued to **March 30, 2015**.

Dated:  March 19, 2015.

_____
UNITED STATES DISTRICT JUDGE