JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
ORONOZ & ERICSSON LLC
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorneys for Charles Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   2:14-cr-228-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE REPLY DEADLINE** |
| CHARLES COOPER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between CHARLES COOPER, through his attorneys of record, JAMES A. ORONOZ, ESQ., and LUCAS J. GAFFNEY, ESQ., of the law firm ORONOZ & ERICSSON LLC, and PHILLIP SMITH JR., Assistant United States Attorney, that CHARLES COOPER shall have to and including January18, 2016, within which to file replies to the Government's Response (Doc. #89) to Cooper's Motion to Suppress, which is currently due January 4, 2016. This is the first request to continue the reply deadline for the aforementioned pleading.

This stipulation is entered into for the following reasons:

1. The Reply to the Government's Response (Document #89) to Cooper's Motion to Suppress is currently due January 4, 2016. However, counsel for Charles Cooper is set to begin a multiple-week long trial in case number 2:12-cr-463 on that same day. Because counsel is currently preparing for trial, and will be in trial for the next two to three weeks, counsel respectfully requests additional time to draft and file Cooper's Reply to Document #89.

2. The additional time requested herein is not sought for purposes of delay.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

Respectfully submitted

Dated this 31st day of December, 2015.

/s/ James A. Oronoz
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
700 South Third Street
Las Vegas, Nevada 89101
*Attorney for Charles Cooper*

/s/ Phillip Smith Jr.
Phillip Smith Jr.
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHARLES COOPER,<br><br>      Defendant. | CASE NO.:    2:14-cr-228-JAD-CWH<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Defendant, CHARLES COOPER, shall have to and including January 18, 2016, within which to file his reply to Document #89.

DATED this __4__ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE