**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:14-cr-00228-JAD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHARLES EDWARD COOPER, JR., ) | |
| ) | |
| Defendant. ) | |

　　　IT IS ORDERED that responses to Defendant Charles E. Cooper's Motion to Dismiss Indictment for Lack of Sovereign, Personal or Subject Matter Jurisdiction and/or Fourth, Tenth and Fourteenth Amendment Violations in the Alternative (ECF No. 102) and Motion to Reconsider Hearing to Suppress Evidence for Fourth Amendment and Franks Violations (ECF No. 103) must be filed by February 26, 2016.  Due to the time constraints imposed by the upcoming trial date, which is March 8, 2016, the Court will not entertain replies in support of these motions.

　　　DATED: February 19, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**