1
2
3
4
5
6
7                           **UNITED STATES DISTRICT COURT**
8                              **DISTRICT OF NEVADA**
9                                      * * *
10   UNITED STATES OF AMERICA,              )
11                                          )
                                            )
12                    Plaintiff,            )        2:14-cr-00228-JAD-CWH
                 vs.                        )
13   CHARLES EDWARD COOPER, JR.             )
                                            )
14                    Defendant.            )        **ORDER**
                                            )
15
16       On February 29, 2016, the Court finds the defendant is now representing himself, but requests
17   to have standby counsel appointed.
18       Accordingly, IT IS HEREBY ORDERED that Julian Gregory, is APPOINTED as standby
19   counsel for Charles Edward Cooper, Jr. for all future proceedings.
20       Dated: March 1, 2016.
21
22   *Nunc pro tunc to*
23   *2/29/16*                        _____
                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28