# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:14-cr-00228-JAD-CWH |
| vs. | ) **ORDER** |
| CHARLES EDWARD COOPER, JR., | ) |
| Defendant. | ) |

This matter is before the Court on pro se Defendant Charles Edward Cooper's ("defendant") Ex Parte Motion to Issue CJA Funds (doc. # 117), filed March 11, 2016.

In his motion, defendant asks the Court for an unspecified amount of funds to be used to hire an investigator and paralegal, purchase books and computer programs, make copies and phone calls, pay postage, and buy office supplies.

This Court finds that defendant fails to demonstrate the necessity of the services and materials requested. This Court also finds that defendant fails to provide the total amount requested, including other relevant information, such as a breakdown of the funds requested. Without more, the Court must deny defendant's motion.

Accordingly, **IT IS HEREBY ORDERED** that defendant's Ex Parte Motion to Issue CJA Funds (doc. # 117) is **denied without prejudice**.

DATED: March 23, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**