**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                  Plaintiff, ) | Case No. 2:14-cr-00228-JAD-CWH |
| vs.                                ) | **ORDER** |
| )                                     | |
| CHARLES EDWARD COOPER, JR.,        ) | |
| )                                   Defendant. ) | |

This matter is before the Court on pro se Defendant Charles Edward Cooper's ("defendant") renewed Ex Parte Motion to Issue CJA Funds (doc. # 123), filed April 4, 2016.

Defendant makes various requests in the instant motion. Defendant first asks the Court for an unspecified amount of funds to be used to hire an investigator and paralegal, purchase books and computer programs, make copies and phone calls, pay postage, and buy office supplies. This Court previously denied a similar motion, finding that defendant failed to demonstrate the necessity of the services and materials requested, and failed to provide the total amount sought, along with other relevant information, including a breakdown of the requested funds. See Doc. # 120 (court's order). Upon review of the current motion, the Court finds that defendant again fails to explain the necessity of the items requested and, instead, states in very broad terms that the items are necessary, as they would purportedly allow defendant to protect his rights and adequately prepare his defense. The Court notes, moreover, that defendant regularly files motions and objections, leaving this Court to conclude that defendant has access to appropriate materials that allow him to adequately defend himself. As such, defendant's first request is denied.

//

Defendant next asks to be provided with a copy of all filed documents and proceedings in this case. A review of the record reveals that defendant was recently provided a copy of the record in this action, and mailed a copy of this Court's order dated April 19, 2016. See Doc. # 127 (minute entry shows defendant provided copy of docket sheet on April 12, 2016); Doc. # 131 (minute entry showing court order mailed to defendant). If he wishes, therefore, defendant may file a request for specific documents from the record and explain the reasons for his request, for this Court's review.

Defendant then requests to be allowed to spend up to six hours a day in the law library to prepare motions, and responses or replies to motions. Because defendant fails to provide any information regarding his current access to the law library, including an explanation as to why his current access is insufficient, the Court denies the instant request.

Defendant also asks that he "continue" be housed "alone" at the prison due to his possession of purportedly sensitive documents, which he keeps in his cell. Doc. # 123 at 3. This request is premature and denied as such because defendant states that he is currently housed alone.

Lastly, defendant asks for a "CJA Legal Phone account" for "Legal Use." Doc. # 123 at 4. However, defendant fails to support his request with any authority, and fails to explain the necessity of the requested account and why other means of communication are not feasible. As such, the Court denies this request.

Accordingly, **IT IS HEREBY ORDERED** that defendant's renewed Ex Parte Motion to Issue CJA Funds (doc. # 123) is **denied without prejudice**.

DATED: April 20, 2016

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**