**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00228-JAD-CWH |
| Plaintiff, ) | |
| v. ) | |
| CHARLES E. COOPER, ) | **ORDER** |
| Defendant. ) | |

Presently before the court are Defendant's motions (ECF Nos. 230 and 231) for access to CJA funds, filed on September 28, 2016 and October 14, 2016, respectively.

Defendant first moves for dispersal of fifty dollars of CJA funds to his personal account for use in preparation of his appeal. He also requests instructions on how to "invoice and distribute" approved CJA funds. Next, Defendant moves for approval of CJA funds to hire a paralegal, and also renews his request for fifty dollars of CJA funds.

Previously, on August 16, 2016, this court ordered (ECF No. 206) that CJA funding would be authorized for appointment of an investigator in preparation for Defendant's sentencing hearing. The court also authorized dispersal of fifty dollars in CJA funds for purchase of office supplies in preparation for this case. These funds were not approved for any other purpose.

Defendant was advised in the original order that any further request for funds should be accompanied by specific support for the need for additional funds. Defendant's current requests are not supported by any specific accounting of his need for office supplies.

As for Defendant's request for funds to hire a paralegal, Defendant relies upon *United States v. Goodwin*, 770 F.2d 631, 635 (7th Cir. 1985), which held that "[s]ervices are necessary for an adequate defense when a reasonable attorney would engage such services for a client having the independent financial means to pay for them." (internal quotation marks omitted). However, Defendant does not show that a reasonable attorney acting on Defendant's behalf would engage the

services of a paralegal in this case.  No particularized need for a paralegal is apparent.

      IT IS THEREFORE ORDERED that Defendant's motions (ECF Nos. 230 and 231) are DENIED.

DATED: October 17, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2