**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00228-JAD-CWH |
| Plaintiff, | |
| v. | |
| CHARLES E. COOPER, | **ORDER** |
| Defendant. | |

    Presently before the Court is Defendant's motion to strike (ECF No. 249), filed on December 19, 2016. The government has not filed a response.

    Defendant requests that the Court strike the government's response (ECF No. 246) to Defendant's motion to be released pending appeal. However, on December 12, 2016, before Defendant filed the motion to strike, the Court denied (ECF No. 248) Defendant's motion to be released. The motion to strike was therefore moot at the time it was filed.

    IT IS THEREFORE ORDERED that Defendant's motion to strike (ECF No. 249) is DENIED as moot.

DATED: February 6, 2017.

                                                          _____
                                                          C.W. Hoffman, Jr.
                                                          United States Magistrate Judge