UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff-Appellee,<br><br>v.<br><br>CHARLES EDWARD COOPER, JR.,<br><br>　　　　　　　　Defendant-Appellant. | Case No. 2:14-cr-00228-JAD-CWH-1<br>Appeal Case No. 16-10413<br>　　　　　　　　　16-10449<br><br>ORDER APPOINTING COUNSEL |

　　　　Pursuant to the order filed on December 27, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for the limited purpose of oral argument, IT IS HEREBY ORDERED that Daniel J. Hill is appointed to represent Charles Edward Cooper, Jr. Mr. Hill's address is: 228 S. 4th street, 3rd floor, Las Vegas, NV 89101 and his phone number is 702-848-5000.

　　　　The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

　　　　DATED this 12th day of January, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY, U.S. DISTRICT JUDGE