# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/Respondent<br><br>v.<br><br>Charles Edward Cooper, Jr.,<br><br>    Defendant/Petitioner | Case No.: 2:14-cr-00228-JAD-CWH<br><br>**Order Directing Response to § 2255 Motion and Setting Briefing Schedule** |

Defendant Charles Edward Cooper, Jr., filed a 28 U.S.C. § 2255 petition, arguing that his sentence should be vacated or reduced.[1]  A response from the government appears warranted.

IT IS THEREFORE ORDERED that **the government must file a response to Cooper's petition [ECF No. 259] by June 8, 2020.  Cooper will then have 30 days from service of the answer to file a reply.**

Dated: May 6, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 259.