# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:14-cr-00228-JAD-CWH |
| Plaintiff/Respondent | |
| v. | **Order Granting Motion to Amend Motion to Vacate, Set Aside, or Correct Conviction and Sentence Under 28 U.S.C. § 2255** |
| Charles Edward Cooper, Jr., | |
| Defendant/Petitioner | [ECF Nos. 259, 283] |

Defendant Charles Edward Cooper, Jr., filed a 28 U.S.C. § 2255 motion, arguing that his sentence should be vacated or reduced.[1] The court appointed counsel,[2] who now moves for permission to file an amended § 2255 motion.[3] The deadline for response to the motion to amend passed without opposition. Good cause appearing, IT IS HEREBY ORDERED that **the motion to amend [ECF No. 283] is GRANTED** and the original **motion [ECF No. 259] is DENIED without prejudice**.[4] Counsel for Cooper[5] has until August 7, 2020, to file Cooper's proposed amended motion under 28 U.S.C. § 2255; the Government will then have 30 days to file its response, and Cooper's counsel will have 20 days after that to file a reply.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 5, 2020

---

[1] ECF No. 259.

[2] ECF No. 262.

[3] ECF No. 283.

[4] By granting this request to amend, the court makes no determination of the merits of Cooper's § 2255 arguments.

[5] Cooper is advised that, because counsel has been appointed for him, all filings in this action must be made by counsel. *See* Local Rule IA 11-6(a) ("once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.").