# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | **JUDGMENT** |
| v. | Case Number: 2:14-cr-00228-JAD-CWH-1 |
| Charles E. Cooper, Jr., | (Related case: 2:20-cv-01472-JAD ) |
| | 2:19-cv-02103-JAD |
| Defendant. | |

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States. A Certificate of Appealability is denied.

| | |
|---|---|
| 2/1/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |